No. —, Original. EX PARTE MARVIN DAVIS. October 19, 1942. The motions for leave to file a petition for writ of certiorari and a petition for writ of habeas corpus are denied.

No. —, Original. EX PARTE GEORGE E. PHILLIPS;
No. —, Original. EX PARTE FRANK CONTARDI;
No. —, Original. EX PARTE FRANK BLASZAK;
No. —, Original. EX PARTE JAMES DOBRY;
No. —, Original. EX PARTE RAY J. KNOWLTON;
No. —, Original. EX PARTE GEORGE D. TEMPLETON;
No. —, Original. EX PARTE JAMES E. JACKSON;
No. —, Original. EX PARTE JOSEPH BROWN;
No. —, Original. EX PARTE GLENN WILKERSON; and
No. —, Original. EX PARTE THOMAS JORDAN. October 19, 1942. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, Original. EX PARTE DAVID H. JOHNSON. October 19, 1942. The motion for leave to file a bill of complaint is denied.

No. —, Original. EX PARTE FRED BENIOFF Co. October 19, 1942. The motion for leave to file petition for writ of mandamus is denied without prejudice to an application to the Circuit Court of Appeals.

No. 12, October Term, 1940. UNITED STATES v. APPALACHIAN ELECTRIC POWER Co. October 19, 1942. The petition for construction of the mandate is denied.